

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| PATRICIA A. RAINEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 04-531-JE |
| v. | ) | |
| | ) | ORDER |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Rory Linerud
Linerud Law Firm
P. O. Box 1105
Salem, Oregon 97308

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon

Craig J. Casey
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon 97204-2902

    Attorneys for Defendant

KING, Judge:

The Honorable John Jelderks, United States Magistrate Judge, filed Findings and Recommendation on April 12, 2005. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Jelderks' Findings and Recommendation #6.

IT IS HEREBY ORDERED that the Commissioner's final decision is AFFIRMED.

DATED this 3rd day of May, 2005.

                                                    _____
                                                  GARR M. KING
                                                  United States District Judge